IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASSOCIATION OF IRRITATED RESIDENTS,
an unincorporated association,

    Plaintiff,

  v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, LISA JACKSON, in
her official capacity as Administrator of the
United States Environmental Protection Agency,
and JARED BLUMEFELD, in his official
capacity as Acting Regional Administrator for
Region IX of the United States Environmental
Protection Agency,

    Defendants.
                                      /

No. C 10-03051 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

The parties' stipulation to stay the case for ninety days is **DENIED** because requiring the parties to focus on the case will enhance the prospects for settlement, and if settlement fails, we will be that much further along. The Court notes that no representation has been made that the parties have reached a settlement. Therefore, the case will proceed on the litigation track.

**IT IS SO ORDERED.**

Dated: August 11, 2010.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE