IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASSOCIATION OF IRRITATED RESIDENTS,
an unincorporated association,

    Plaintiff,

  v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, LISA JACKSON, in
her official capacity as Administrator of the
United States Environmental Protection Agency,
and JARED BLUMEFELD, in his official
capacity as Acting Regional Administrator for
Region IX of the United States Environmental
Protection Agency,

    Defendants.
    /

No. C 10-03051 WHA

**ORDER REGARDING
PROPOSED SETTLEMENT**

The proposed settlement must be filed by **NOVEMBER 30, 2010**, and the public comment period will start at that time. A further case management conference will be held on **JANUARY 20, 2011, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: October 21, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE