IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and JARED BLUMENFELD, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency,<br><br>Defendants. | Case No. 3:10-CV-03051-WHA<br><br>**STIPULATION and [PROPOSED] ORDER** |

WHEREAS, on July 12, 2010, the Association of Irritated Residents filed the complaint in the above-captioned matter against the United States Environmental Protection Agency, Lisa Jackson, in her official capacity as Administrator of the United States Environmental Protection Agency, and Jared Blumenfeld, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency (collectively, "EPA"), alleging that EPA has failed to undertake certain nondiscretionary duties under section 304(a)(2) of the Clean Air Act, 42 U.S.C. § 7604(a)(2);

WHEREAS, Plaintiff's claims in this matter, other than the costs of litigation and

1  reasonable attorneys' fees, were resolved by a Consent Decree entered by the Court on January
2  12, 2011, see Dkt. 25;
3      WHEREAS, Plaintiff and EPA wish to settle Plaintiff's claims for costs of litigation in
4  this matter, including reasonable attorneys' fees, in order to avoid unnecessary litigation and
5  without any admission of fact or law;
6      NOW THEREFORE, the parties, by and through their undersigned counsel, hereby
7  stipulate to the entry of an order that:
8      1.    The United States shall pay, within 90 days, $19,000 to the Center on Race,
9  Poverty & the Environment by electronic funds transfer in accordance with instructions provided
10  to Defense counsel by Plaintiff's counsel.
11      2.    Any obligation of the United States to expend funds under this settlement
12  agreement are subject to the availability of appropriations in accordance with the
13  Anti-Deficiency Act, 31 U.S.C. § 1341.  This settlement agreement shall not be construed to
14  require the United States to obligate or pay funds in contravention of said Anti-Deficiency Act,
15  31 U.S.C. § 1341.
16      3.    Payment pursuant to Paragraph 1 within 90 days of the date on which the Court
17  enters this Stipulation and Order (or after 90 days if Plaintiff accepts payment after that date)
18  will constitute full and final payment of costs of litigation, including reasonable attorneys' fees,
19  incurred by Plaintiff in connection with this case prior to the Court's entry of the Consent Decree
20  and in negotiating this Stipulation and Order.  Upon payment within 90 days of the date on
21  which the Court enters this Stipulation and Order (or upon payment after 90 days if Plaintiff
22  accepts payment), Plaintiff releases the United States, including EPA, from any claims regarding
23  such fees and costs incurred by Plaintiff in connection with this case prior to the Court's entry of
24  the Consent Decree and the preparation and attendance at the Case Management Conference
25  held on January 20, 2011, and in negotiating this Stipulation and Order.  The payment pursuant
26  to Paragraph 1 does not affect Plaintiff's right to seek to recover reasonable costs and attorneys'
27  fees that Plaintiff may incur to enforce the Consent Decree, nor does it affect the right of EPA to
28  oppose any such request for fees and costs, as provided in Paragraph 10 of the Consent Decree.

STIPULATION AND [PROPOSED] ORDER            Case No. 3:10-cv-03051-WHA

4. In the event the United States fails to pay the sum specified in Paragraph 1 within 90 days of the date on which the Court enters this Stipulation and Order, Plaintiff may file a motion with the Court for its costs of litigation, including reasonable attorneys' fees. Such motion shall be filed no later than 150 days after the date the Court enters this Stipulation and Order. The parties agree that, in litigation over such fee application, the United States reserves any defenses it may have to a fee application.

Respectfully submitted,

**COUNSEL FOR PLAINTIFFS:**

Dated: April 1, 2011

/s/ Brent Newell (with permission)
BRENT NEWELL (SBN 210312)
ALEGRIA DE LA CRUZ (SBN 229713)
Center on Race Poverty & the Environment
47 Kearny Street, Suite 804
San Francisco, CA 94108
Telephone: (415) 346-4179
Email: bnewell@crpe-ej.org
Email: adelacruz@crpe-ej.org
*Counsel for Plaintiff*

**COUNSEL FOR DEFENDANTS:**

Dated: April 1, 2011

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division

/s/ Michelle R. Lambert
MICHELLE R. LAMBERT
Trial Attorney
U.S. Department of Justice
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Phone: (202) 616-7501
Email: michelle.lambert@usdoj.gov
*Counsel for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 4, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER         Case No. 3:10-cv-03051-WHA