IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,

        Plaintiff,

  v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and JARED BLUMEFELD, in his official capacity as Acting Regional Administrator for Region IX of the United States Environmental Protection Agency,

        Defendants.
                                     /

No. C 10-03051 WHA

**ORDER REQUESTING JOINT STATUS REPORT**

The consent decree stated (Dkt. No. 25 at 2):

    1.    No later than September 30, 2011, EPA shall sign a notice of the Agency's final action on the PM2.5 Plan pursuant to section 110(k) of the CAA, 42 U.S.C. § 7410(k). No later than 15 business days following signature, EPA shall send the notice to the Office of the Federal Register for review and publication in the Federal Register.

    2.    When EPA's obligations under Paragraph 1 have been completed, the parties shall file a joint request to the Court to dismiss this matter with prejudice.

Pursuant to this schedule, a dismissal should have been filed by now. By **NOON ON NOVEMBER 18, 2011**, the parties shall please file a joint status report explaining why no dismissal has been filed and stating when the dismissal will be filed.

    **IT IS SO ORDERED.**

Dated: November 15, 2011.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE